UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 20 1998

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

EDWIN ALLSEITZ, JR.,

Plaintiff,

v.

BENNETT S. LEBOW, et al.,

Defendants

Civil Action No. 98-3122
(Judge Gilmore)

ORDER ADMITTING KATHERINE CLARK TO PRACTICE
BEFORE THIS COURT, PRO HAC VICE

This cause coming on for hearing pursuant to the Motion of Katherine Clark to practice before this Court, pro hac vice, and it appearing to the Court, after being fully advised in the premises, that there is just cause for such an order, it is hereby

ORDERED, ADJUDGED AND DECREED that Katherine Clark is admitted to practice before this Court, pro hac vice.

[signature]
UNITED STATES DISTRICT COURT JUDGE

Dated: Signed November 19, 1998

13

ClibPDF - www.fastio.com