# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR., Plaintiff, | § | CIVIL ACTION NO. H-98-3122 |
| | § | |
| | § | |
| v. | § | |
| | § | |
| BENNETT S. LeBOW; LEON BLACK; HOWARD LORBAR; CARL ICAHN; RICHARD RESSLER; MARK BELL; MR. LAMPKIN; ARTHUR LEVITT of the SEC; NOVALYN WINFIELD, Judge, U.S. Bankruptcy Court; NEW VALLEY CORP.; NEW VALLEY SHAREHOLDERS; BROOKE GROUP LTD., | § § § § § § § § § | |
| Defendants. | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 10 1998

Michael N. Milby, Clerk

## ORDER

Lost # 6.

Came on to be heard in the above entitled and numbered cause the Motion for More Definitive Statement, Motion for Extension of Time to Answer Plaintiff's Original Complaint, Motion for Protection From the Voluntary Disclosure Requirements of Federal Rule of Civil Procedure 26 and Request for Early Status Conference of Defendants Bennett S. LeBow, Howard M. Lorber (miscaptioned as "Howard Lorbar"), Marc N. Bell (miscaptioned as "Mark Bell"), Richard J. Lampen (miscaptioned as "Mr. Lampkin"), Richard S. Ressler, New Valley Corporation (miscaptioned as "New Valley Corp.") and Brooke Group Ltd., some of the defendants in the above entitled and numbered cause, and the Court being of the opinion that same should be granted, it is

ORDERED that Plaintiff, Edwin A. Allseitz, Jr. will replead with specificity, on or before December 25, 1998. It is further

5

14

ORDERED that Defendants Bennett S. LeBow, Howard M. Lorber, Marc N. Bell, Richard J. Lampen, Richard S. Ressler, New Valley Corporation and Brooke Group Ltd. have ~~sixty (60)~~ thirty (30) days from the date plaintiff's pleadings is filed in which to move, answer or otherwise respond to Plaintiff's Amended Complaint. It is further

~~ORDERED that an early status conference will be held on ____________________. And it is further~~

ORDERED that all parties are protected from the voluntary disclosure requirements of Rule 26 of the Federal Rules of Civil Procedure until further order of this Court.

SIGNED this the 9th day of December, 1998.

[signature]

JUDGE PRESIDING