THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 10 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| Edwin A. Allseitz, Jr., Plaintiff, | § | |
| v. | § | Civil Action # H-98-3122 |
| Bennett S. LeBow, Leon Black, Howard Lorbar, Carl Icahn, Richard Ressler, Mark Bell, Mr. Lampkin, Arthur Levitt of the SEC, Judge Novalyn Winfield of the United States Bankruptcy Court et al., Defendants. | § | |

Inst #8

**ORDER**

Having considered Defendant Leon Black's Motion to Dismiss/or For a More Definite Statement, the pleadings and briefing on file, the relevant authorities, and the arguments of counsel, the court finds that the motion ~~is meritorious and should be GRANTED. It is ORDERED that Plaintiff's complaint in this matter be DISMISSED.~~ for more definite statement is GRANTED. The motion to dismiss is DENIED.

SIGNED THIS 9th DAY OF Dec., 1998.

[signature]

UNITED STATES DISTRICT JUDGE

039996.0062 NEW YORK 86986 v1

15