IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 10 1998

Michael N. Milby, Clerk

EDWIN A. ALLSEITZ, JR. §
§
Plaintiff §
§
V. § Civil Action No. H-98-3122
§
BENNETT S. LEBOW, ET AL. §
§
Defendant §

**PROPOSED ORDER**

ON THIS DAY came on to be considered Defendant Carl Icahn's Motion to Dismiss, Inst. 7-2 and the Court, having considered the Motion, Plaintiff's Response thereto, and the pleadings and documents on file herein, finds that the Motion should be ~~GRANTED. It is, therefore,~~ DENIED

ORDERED ~~that Defendant Icahn's Motion to Dismiss be, and the same is hereby GRANTED. It is further~~

~~ORDERED that Plaintiff's claims against Defendant Icahn be, and the same are hereby DISMISSED.~~

Signed this 9th day of Dec., 1998.

[signature]
THE HONORABLE VANESSA D. GILMORE

BENEWS\PERS\PERSONAL
HOUSTON\902082.1
10/13/98--4:33 pm

16

5