Case 4:98-cv-03122 Document 17 Filed 12/09/98 in TXSD Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 10 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. H-98-3122 |
| | § | |
| BENNETT S. LEBOW, ET AL. | § | |
| | § | |
| Defendant | § | |

**PROPOSED ORDER**

ON THIS DAY came on to be considered Defendant Carl Icahn's Motion for Extension of Time, and the Court, having considered the Motion, Plaintiff's Response thereto, and the pleadings and documents on file herein, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Defendant Icahn's Motion for Extension of Time be, and the same is hereby GRANTED. It is further

ORDERED that Defendant Icahn's deadline for answering or otherwise responding to Plaintiff's Original Complaint be extended to ~~and including December 18, 1998~~. thirty days from the date of Plaintiff's Amended Complaint.

Signed this 9th day of Dec., 1998.

[signature]

THE HONORABLE VANESSA D. GILMORE

BENEWS\PERS\PERSONAL
HOUSTON\902155.1
10/13/98--4:31 pm

17