UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 10 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. H-98-3122 |
| | § | |
| BENNETT S. LEBOW, ET AL. | § | |
| | § | |
| Defendant | § | |

**PROPOSED ORDER**

ON THIS DAY came on to be considered Defendant Carl Icahn's Motion for More Definite Statement, [#1-3] and the Court, having considered the Motion, Plaintiff's Response thereto, and the pleadings and documents on file herein, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Defendant Icahn's Motion for More Definite Statement be, and the same is hereby GRANTED. It is further

ORDERED that Plaintiff is required to file an Amended Complaint ~~within 20 days of the date of this Order~~ on or before December 25, 1998 identifying with particularity: (1) the claims and causes of action alleged against Defendant Icahn; (2) all facts supporting such claims~~; and (3) the specific damages sought for each such claim~~. Defendant will have 30 days to answer Plaintiff's pleading from the date it is filed.

Signed this 9th day of Dec., 1998.

THE HONORABLE VANESSA D. GILMORE

18

BENEWS\PERS\PERSONAL
HOUSTON\902060.1
10/13/98--4:22 pm

ClibPDF - www.fastio.com