IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
DEC 10 1998
Michael N. Milby, Clerk

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR. | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. H-98-3122 |
| | § | |
| BENNETT S. LEBOW, ET AL. | § | |
| | § | |
| Defendant | § | |

**~~PROPOSED~~ ORDER**

ON THIS DAY came on to be considered Defendant Carl Icahn's Motion for Protection, and the Court, having considered the Motion, Plaintiff's Response thereto, and the pleadings and documents on file herein, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Defendant Icahn's Motion for Protection be, and the same is hereby GRANTED. It is further

ORDERED that Defendant Icahn be relieved of his disclosure obligations under Federal Rule of Civil Procedure 26 until Plaintiff has filed an amended complaint restating his claims with sufficient particularity under Federal Rule of Civil Procedure 12(e) and 9(b).

Signed this 9th day of Dec., 1998.

THE HONORABLE VANESSA D. GILMORE

BENEWS\PERS\PERSONAL
HOUSTON\902060.1
10/13/98--4:34 pm

19