UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 10 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR. | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. H-98-3122 |
| | § | |
| BENNETT S. LEBOW, ET AL. | § | |
| | § | |
| Defendant | § | |

# ~~PROPOSED~~ ORDER

Inst. 7-1

ON THIS DAY came on to be considered Defendant Carl Icahn's Motion to Strike, and the Court, having considered the Motion, Plaintiff's Response thereto, and the pleadings and documents on file herein, finds that the Motion should be ~~GRANTED~~ DENIED without prejudice to re-urging after Plaintiff has repleaded. ~~It is, therefore,~~

~~ORDERED that Defendant Icahn's Motion to Strike be, and the same is hereby GRANTED.~~

It is ~~further~~

ORDERED that ~~Plaintiff's Original Complaint be, and the same is hereby STRICKEN from the record in this case~~.

Signed this 9th day of Dec., 1998.

THE HONORABLE VANESSA ~~D.~~ GILMORE

BENEWS\PERS\PERSONAL
HOUSTON\902060.1
10/13/98--4:35 pm

20