UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 10 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR. | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. H-98-3122 |
| | § | |
| BENNETT S. LEBOW, ET AL. | § | |
| | § | |
| Defendant | § | |

**~~PROPOSED UNOPPOSED~~ ORDER**

ON THIS DAY came on to be considered Defendant Carl Icahn's Unopposed Request for Early Status Conference, (Inst 7-6) and the Court, having considered the Motion, Plaintiff's Response ~~thereto~~, and the pleadings and documents on file herein, finds that the Motion should be ~~GRANTED~~ DENIED. ~~It is, therefore,~~

~~ORDERED that Defendant Icahn's Unopposed Request for Early Status Conference be, and the same is hereby GRANTED. It is further~~

~~ORDERED that a status conference in this matter is scheduled for ___ o'clock __.m. on ________________ ___, 1998 in courtroom _____.~~

Signed this 9th day of December 1998.

[signature]

THE HONORABLE VANESSA D. GILMORE

BENEWS\PERS\PERSONAL
HOUSTON\902199.1
10/13/98--4:38 pm

21