UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

DEC 16 1998

Michael N. Milby, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

EDWIN A. ALLSEITZ, JR.
PLAINTIFF,

V.

BENNETT S. LEBOW, LEON BLACK, HOWARD LORBAR, CARL ICAHN, RICHARD RESSLER, MARK BELL, MR. LAMPKIN, ARTHUR LEVITT OF THE SEC, JUDGE NOVALYN WINFIELD OF THE UNITED STATES BANKRUPTCY COURT ET AL.,
DEFENDANTS.

CIVIL ACTION # H-98-3122

**ORDER GRANTING BLACK'S MOTION FOR MORE DEFINITE STATEMENT**

The Court considered Defendant Leon Black's Motion to Clarify this Court's Order granting Black's Motion for a More Definite Statement, and finds that clarification of its previous order would be helpful and that the motion should be granted. Therefore, the Court orders as follows:

1. Plaintiff is required to file an Amended Complaint on or before December 25, 1998 identifying with particularity: (1) the claims and causes of action alleged against Defendant Black and (2) all facts supporting such claims.

2. Defendant Black will have thirty (30) days from the date Plaintiff's Amended Complaint is filed to answer or otherwise respond.

3. Defendant Black is protected from the voluntary disclosure requirements of the Federal Rules of Civil Procedure 26 until further order of this Court.

SIGNED this the 15th day of December, 1998.

HONORABLE VANESSA D. GILMORE



039996.0062 HOUSTON 82591 v1