T. . UNITED STATES DISTRICT CC . RT

# The United States District Court Southern District of Texas

Edwin A. Allseitz Jr.

The Honorable Judge Gilmore
Civil Action H-98-3122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 20 1999

Michael N. Milby, Clerk

Vs.

Bennett S. LeBow, Howard Lorbar, Carl Icahn, Marc N. Bell
Richard J. Lampin Arthur Levitt of the SEC et al.,

## ORDER

On this day came to be considered Plaintiff Edwin A. Allseitz Gr.'s request to

remove Defendants Richard Ressler, Leon Black and Judge Novalyn Winfield with prejudice, Inst. #24 and the court having considered the MOTION, defendants response thereto, and the accompanying pleadings and documents on file herein, finds that the Motion should be granted--Therefore--

*It* is So Ordered on this day the 15th day

of January 1999 in Court room

Vanessa D. Gilmore

The Honorable Vanessa D. Gilmore

31

ClibPDF - www.fastio.com