IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 06 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-98-3122 |
| | § | |
| BENNETT S. LeBOW; HOWARD, LORBAR; CARL ICAHN; MARK BELL; MR. LAMPKIN; ARTHUR LEVITT of the SEC; NEW VALLEY CORP.; NEW VALLEY SHAREHOLDERS; BROOKE GROUP LTD., | § | |
| | § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that Defendants' Motion to Stay Proceedings and for a Scheduling Order **(Instrument No. 41)** is **DENIED** without prejudice.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 4th day of May, 1999, at Houston, Texas.

[signature]
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

42

ClibPDF - www.fastio.com