UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
MAY 12 1999
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR., Plaintiff, | § | |
| versus | § | CIVIL ACTION NO. H-98-3122 |
| BENNETT S. LeBOW, et al., Defendants. | § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed a Combined Answer **(Instrument No. 39)**; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. [ ] Document is not signed. (L.R.2.A.)
2. [ ] Document does not comply with L.R.2.C.1(a) through (e).
3. [ ] Caption of the document is incomplete. (L.R.3.D.)
4. [ ] No certificate of service nor explanation why service is not required. (L.R.3.F.)
5. [ ] Motion does not comply with L.R.6.
   a. [ ] No statement of opposition or non-opposition. (L.R.6.B.)
   b. [ ] No statement of conference between counsel. (L.R.6.A.4.)
   c. [ ] No separate proposed order attached. (L.R.6.A.3.)
6. [ ] Motion to consolidate does not comply with L.R.6.G.
7. [ ] Requests for extensions of deadlines for completion of discovery or for postponement of trial must be signed by the *attorney and party* making the request. [¶ 3 Plan, Civil Justice Reform Act of 1990].
8. [ ] Motion does not comply with this Court's rule governing motions. (Court Procedures - Rule 4.G. & H.)
9. **[ X ] Other: No leave to file this amended complaint was sought or granted by this Court.**

The document is stricken from the record.

Date: May 12, 1999

Vanessa D. Gilmore
United States District Judge

43