**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
ENTERED
JUN 17 1999
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **EDWIN A. ALLSEITZ, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| versus | § | **CIVIL ACTION NO. H-98-3122** |
| | § | |
| **BENNETT S. LeBOW; HOWARD, LORBAR; CARL ICAHN; MARK BELL; MR. LAMPKIN; ARTHUR LEVITT of the SEC; NEW VALLEY CORP.; NEW VALLEY SHAREHOLDERS; BROOKE GROUP LTD.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

IT IS HEREBY ORDERED that the Court's Order of May 12, 1999, **Instrument No. 43**, striking Instrument No. 39 (Response), is **WITHDRAWN**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 17th day of June, 1999, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

45

ClibPDF - www.fastio.com