# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 17 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-98-3122 |
| | § | |
| BENNETT S. LeBOW; HOWARD, | § | |
| LORBAR; CARL ICAHN; MARK BELL; | § | |
| MR. LAMPKIN; ARTHUR LEVITT of | § | |
| the SEC; NEW VALLEY CORP.; | § | |
| NEW VALLEY SHAREHOLDERS; | § | |
| BROOKE GROUP LTD., | § | |
| | § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (Instrument No. 44) is DENIED.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 17th day of June, 1999, at Houston, Texas.

Vanessa D. Gilmore

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

46

ClibPDF - www.fastio.com