IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 23 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EDWIN A. ALLSEITZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-98-3122 |
| | § | |
| BENNETT S. LeBOW, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

For the reasons stated in the Court's Order signed on June 22, 1999, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED this the 22 day of June, 1999, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

48